JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 21 2007

FILED
CLERK'S OFFICE

**A CERTIFIED TRUE COPY**

SEP - 6 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**MDL NO. 1763**

C 07- 3989 EMC

*IN RE Human Tissue Products Liability Litigation*

FILED
SEP 21 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**(SEE ATTACHED SCHEDULE)**

**CONDITIONAL TRANSFER ORDER (CTO-28)**

On June 21, 2006, the Panel transferred two civil actions to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 435 F.Supp.2d 1352 (J.P.M.L. 2006). Since that time, 174 additional actions have been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable William J. Martini.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Martini.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of June 21, 2006, and, with the consent of that court, assigned to the Honorable William J. Martini.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

SEP - 6 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.

ATTEST:
WILLIAM T. WALSH, Clerk
United States District Court
District of New Jersey

By ...... JOHN ICKLAN
Deputy Clerk

## SCHEDULE CTO-28 - TAG-ALONG ACTIONS
## MDL NO. 1763
### IN RE Human Tissue Products Liability Litigation

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA CENTRAL** | |
| CAC  2  07-4713 | Nancy Gilchrist Johnson v. BioMedical Tissue Services, Ltd., et al. |
| **CALIFORNIA NORTHERN** | |
| CAN  3  07-3989 | Fred Matheny v. Regeneration Technologies, Inc., et al. |
| **IOWA NORTHERN** | |
| IAN  3  07-3039 | Sidney Bakken v. BioMedical Tissue Services, Ltd., et al. |
| **OKLAHOMA NORTHERN** | |
| OKN  4  07-423 | Shawn L. Wolters v. Medtronic, Inc., et al. |
| OKN  4  07-424 | Larry Gene Johnson v. Medtronic, Inc., et al. |
| **TENNESSEE WESTERN** | |
| TNW  2  07-2474 | Theresa Heidenreich Ailor v. BioMedical Tissue Services, Ltd., et al. |

## INVOLVED COUNSEL LIST (CTO-28)
## MDL NO. 1763
## IN RE Human Tissue Products Liability Litigation

Mike M. Arias
Arias, Ozzello & Gignac
6701 Center Drive West
Suite 1400
Los Angeles, CA 90045-1558

Bryan L. Capps
Gilreath & Associates
550 Main Avenue
Suite 600
Knoxville, TN 37901

James H. Cook
Dutton, Braun, Staack & Hellman, PLC
3151 Brockway Road
P.O. Box 810
Waterloo, IA 50704

Jane Reed Cowdery
Holden & Carr
9 E 4th Street
Suite 200
Tulsa, OK 74103

J. Paul Gignac
Arias, Ozzello & Gignac
4050 Calle Real
Suite 130
Santa Barbara, CA 93110

R. Christopher Gilreath
Gilreath & Associates
200 Jefferson Ave.
Suite 711
Memphis, TN 38103

Anthony M. Laizure
Stipe Harper Laizure Uselton Belote Maxcey et al.
P.O. Box 701110
Tulsa, OK 74170-0110

Emily Turner Landry
Baker Donelson Bearman Caldwell Berkowitz
165 Madison Ave.
Suite 2000
Memphis, TN 38103

Allan Harris Lerch
Allan Lerch & Associates
456 Montgomery Street
Suite 1300
San Francisco, CA 94104

James E. Looper, Jr.
Hall, Booth, Smith & Slover, PC
611 Commerce Street
Suite 3000
Nashville, TN 37203

Joseph C. Owens
Lewis Brisbois Bisgaard & Smith, LLP
221 North Figueroa Street
Suite 1200
Los Angeles, CA 90012-2601

Ginger F.H. Pigott
Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514

Mary B. Scott
Abowitz, Timberlake & Dahnke, PC
105 North Hudson
10th Floor, Hightower Building
P.O. Box 1937
Oklahoma City, OK 73101

Deborah C. Stevens
Lewis, King, Krieg & Waldrop, P.C.
P.O. Box 2425
620 Market Street
5th Fl., One Center Square
Knoxville, TN 37901-2425

Anthony C. H. Vale
Pepper Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

INVOLVED CLERKS LIST (CTO-28)
MDL NO. 1763
IN RE Human Tissue Products Liability Litigation

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

James D. Hodges, Jr., Clerk
301 U.S. Courthouse
320 Sixth Street
Sioux City, IA 51101

Philip B. Lombardi, Clerk
411 Page Belcher Fed. Bldg. & U.S. Courthouse
333 W. 4th Street
Tulsa, OK 74103-3819

Thomas M. Gould, Clerk
242 Clifford Davis Federal Building
167 North Main Street
Memphis, TN 38103

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:            [202] 502-2888
http://www.jpml.uscourts.gov

September 6, 2007

William T. Walsh, Clerk
Martin Luther King, Jr. Fed. Bldg. & U.S. Courthouse
50 Walnut Street, 4th Floor
Newark, NJ 07102

Re: MDL-1763 -- IN RE Human Tissue Products Liability Litigation

(See Attached CTO-28)

Dear Mr. Walsh:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on August 21, 2007. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Deputy Clerk

Attachment

cc: Transferee Judge:    Judge William J. Martini
    Transferor Judges:   (See Attached List of Judges)
    Transferor Clerks:   (See Attached List of Clerks)

JPML Form 36

| | UNITED STATES DISTRICT COURT | CAMDEN OFFICE |
|---|---|---|
| | MARTIN LUTHER KING, JR. | USPO & Courthouse |
| William T. Walsh | FEDERAL BLD & U.S. COURTHOUSE | 401 Market Street |
| Clerk | 50 WALNUT STREET | Camden, N.J. 08101 |
| | P.O. BOX 419 | |
| | NEWARK, N.J. 07101-0419 | TRENTON OFFICE |
| | | 402 East State Street |
| | (973) 645-4555 | P.O. Box 515 |
| | | Trenton, N.J. 08603 |

Clerk, District Court for the
  Northern District of California
Internal Box 36060
San Francisco, CA

Date: September 17, 2007

Re:  MDL -1763 – Human Tissue Products Liability Litigation

Northern District of California No. 3:07-3989
            Fred Matheny v. Regeneration Technologies, Inc., et al.
            District of N.J. No. 07-4301 (WJM)

**RECEIVED**
SEP 2 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Clerk:

  Enclosed is a certified copy of the Order of the Judicial Panel on Multidistrict Litigation, transferring the above-entitled actions presently pending in your Court to the District of New Jersey and assigned to the Honorable William J. Martini, USDC for coordinated or consolidated pretrial proceedings pursuant to 28 USC 1407.

  If your court is currently on CM/ECF Version 3.0, you can transfer the case to use via Case Extraction in Utilities. If you have any questions, please contact Ms. Charles Sanders at 973-645-4582. Please return a copy of this letter when transmitting your files and certified copies of the docket sheets.

Very truly yours,

WILLIAM T. WALSH, Clerk

By:   John Icklan, Deputy Clerk

Enc.

cc: Jeffery N. Luthi
    Clerk, Judicial Panel on Multidistrict Litigation